# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

### NO. 03-11-00823-CV

**EnerVest Operating, L.L.C., Appellant**

**v.**

**Perry Molett, Appellee**

**FROM THE DISTRICT COURT OF LEE COUNTY, 21ST JUDICIAL DISTRICT
NO. 14,542, HONORABLE DAN R. BECK, JUDGE PRESIDING**

## M E M O R A N D U M   O P I N I O N

Appellant EnerVest Operating, L.L.C. has filed an unopposed motion to dismiss, indicating that the parties have settled the underlying dispute. We grant EnerVest's motion and dismiss the appeal. *See* Tex. R. App. P. 42.1(a)(1).

_____

Bob Pemberton, Justice

Before Chief Justice Jones, Justices Pemberton and Rose

Dismissed on Appellant's Motion

Filed:   June 28, 2012